**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: PARAGARD IUD PRODUCTS
LIABILITY LITIGATION

This document relates to:
    JOANNA GUTIERREZ

                                                    MDL DOCKET NO. 2974

                                                    1:20-md-2974

                        Plaintiff,                  CIVIL ACTION FILE

    vs.                                             NO. 1:23-cv-05586

TEVA PHARMACEAUTICALS USA, INC., et
al,

                        Defendants.

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United States

District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for

Plaintiff's failure to comply with lawful Orders of the Court.

Dated at Atlanta, Georgia, this 15th day of July, 2026.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT


                                    By:    s/C. Pollard
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/C. Pollard
        Deputy Clerk